# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**ALONZO JOHNSON, JR.,**  Case No. 1:09-cv-633

    **PLAINTIFF**  Bertelsman, J.
  Hogan, M.J.

**VS.**

**STATE OF OHIO EMPLOYEES
AND EMPLOYER'S OF OHIO**  **ORDER**
**DEPARTMENT OF REHABILITATION
AND CORRECTION, et al.,**

    **DEFENDANTS**

This matter is before the court on the Report and Recommendation of the United States Magistrate Judge (Doc. #10), and there being no objections filed thereto, and the court being sufficiently advised,

**IT IS ORDERED** that said Report and Recommendation be, and it is, hereby **adopted** as the findings of fact and conclusions of law of this court; that the plaintiff's complaint be, and it hereby is, **dismissed, with prejudice**, for lack of prosecution; that the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that for the reasons contained in said Report and Recommendation that an appeal of this court's Order would not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

This 22nd day of January, 2010.



Signed By:
*William O. Bertelsman* WOB
United States District Judge