**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 109CV633 |
| Certified Fee | | WOB ITSH |
| Return Reciept Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | DN12÷13 |
| Total Postage & Fees | $ | |

Sent To: Alonzo Johnson #455-932
Street, Apt. No.; or PO Box No.: PO Box 45699
City, State, ZIP+4: Lucasville OH 45699

PS Form 3800, June 2002                See Reverse for Instructions

7002 3150 0000 8389 2280